against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BIRD. (Supreme Court, Appellate Division, First Department. July 17, 1900.) In the matter of Mary E. Bird, deceased. No opinion. Motion denied.

In re BLAKE. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) In the matter of petition of Catherine Blake for the repayment to her from the estate of Anthony Blake, deceased, of moneys paid out by her for her support.

PER CURIAM. Decree of surrogate's court affirmed, without costs to either party. Held, that under the will of Anthony Blake, deceased, the petitioner is entitled to receive during her natural life the income from the trust fund of $4,000 set apart for her support, and such part of such principal sum as may be needful therefor, considering all the circumstances and without reference to what income she may receive from her individual property or from other sources. Held, further, that under the evidence in this proceeding it cannot be said that the surrogate's court did not properly exercise its discretion in fixing the amount to be paid annually to the appellant. In case of any material change in the circumstances of the parties, they are at liberty to apply to the surrogate's court for a modification of the decree. All concur.

SPRING, J., concurs upon the ground, only, that the surrogate's court properly exercised its discretion.

BLISS et al., Plaintiffs, v. VILLAGE OF BALDWINSVILLE, Defendant. (Supreme Court, Special Term, Onondaga County. May, 1900.) Action by Charles N. Bliss and others against the village of Baldwinsville to foreclose mechanics' liens. C. P. Ryan, J. C. Meldram, and E. N. Wilson, for plaintiffs. J. W. Shea, for defendant.

HISCOCK, J. Judgment is ordered for defendant upon the ground that Baldwin & Ostrander completed the building contracted to be built for defendant by Jennie Van Dusen, under an arrangement with said defendant to so complete it for the moneys unpaid on said contract when abandoned by said Van Dusen, and save themselves from liability as her bondsmen; that defendant had the right under such arrangement to pay to said Baldwin & Ostrander the amount not earned under said contract when abandoned as aforesaid, and which moneys plaintiffs seek to reach in this action. McChesney v. City of Syracuse, 75 Hun, 503, 27 N. Y. Supp. 508. Judgment for defendant.

BRADLEY et al. v. BRADLEY. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by Nathaniel L. Bradley and Clarence P. Bradley against Peter B. Bradley. No opinion. Motion for leave to go to court of appeals granted. Order to be settled by PARKER, P. J. See 65 N. Y. Supp. 514.

BRENNAN, Appellant, v. BRENNAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by James Brennan against Cora Brennan. No opinion. Judgment affirmed, with costs.

BRINCKERHOFF et al. v. FARIAS et al. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Edwin R. Brinckerhoff and another, as executors and trustees, etc., against Marie C. Farias and another, impleaded with others. No opinion. Motion for reargument denied. See 65 N. Y. Supp. 358.

BROWN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Loretta Brown, an infant, etc., against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BROWN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Sophie F. Brown against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. M. P. O'Connor, for respondent.

PER CURIAM. Judgment affirmed, with costs.

BRUCE v. HURLBUTT. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by De Witt Bruce against Gansevoort De Witt Hurlbutt. No opinion. Order affirmed, with $10 costs and disbursements.

BUFFALO NATURAL GAS FUEL CO., Respondent, v. BARBER ASPHALT PAV. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by the Buffalo Natural Gas Fuel Company against the Barber Asphalt Paving Company. No opinion. Judgment and order affirmed, with costs.

BURGIE, Appellant, v. DIME SAV. BANK OF WILLIAMSBURGH et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Frederick Burgie, treasurer, etc., against the Dime Savings Bank of Williamsburgh and Anton Kluppel, wrongfully claiming to be trustee of the Journeymen Bakers' & Confectioners' International Union, No. 5. No opinion. Interlocutory judgment affirmed, with costs.

BURKHARD, Appellant, v. CROUCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Julia Klem Burkhard against Frank P. Crouch. No opinion. Judgment affirmed, with costs.

BURNHAM, Respondent, v. DENIKE et al., Respondents (MESNIER, Appellant). (Su-